FILED
10/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
| --- | --- | --- |
| MUHAMMAD MUZAMIL SHARIF | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **YES**
Case Number: **United States v. Muhammad Muzamil Sharif**
Case Title: **24 CR 555**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **NO**
Case Number:
Case Title:
Assigned Judge:

1:24-cr-00555
Judge Mary M. Rowland
Magistrate Judge Laura K. McNally
RANDOM / Cat. 3

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois **NO**
Defendant Number (in this matter):
Supervised Release Case Number:
Supervised Release Case Title:
Assigned Judge:

Does this indictment or information charge 15 defendants or more? **NO**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **NO**

Will any defendant require a foreign language interpreter for Court appearances? **NO**
If yes, what language(s)?

What is the most severe level of offense/penalty in this indictment or information?
(ROMAN NUMERALS FROM LIST PAGE 6) **Other Fraud (III)**

Does the indictment or information charge a felony offense? **FELONY**

List of Statutes: **18 U.S.C. Section 1347**

Assistant United States Attorney(s): **Claire Sobczak Pacelli**

Contact Person and Phone Number: **Claire Sobczak Pacelli (202) 591-5418**